to Fix and Determine His Compensation under Section 231-a of the Surrogate's Court Act, ■ for Services Rendered to the Estate of MAX J. ROTH (Also Known as MAXIMILIAN J. ROTH), Deceased, and to JENNIE A. ROTH, as Executrix and Individually.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JOSEPH DUER, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Determination appealed from and order of the City Court reversed, with ten dollars costs and disbursements in this court and in the Appellate Term, and the motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JENNIE D'ALESSIO, Respondent, v. NICHOLAS D'ALESSIO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

NEW HOLDING CO., INC., Respondent, v. LEROCCO REALTY CORPORATION and Others, Defendants, Impleaded with ANTONIO DELISI and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

LOEW'S ATLANTA THEATRE COMPANY, Appellant, v. KNICKERBOCKER INSURANCE COMPANY OF NEW YORK, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

WILLIAM M. HARCOURT, Respondent, v. GEORGE B. BURNETT & SON, INC., Defendant. HORACE H. REDDY, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

EDGAR P. GOODWIN and Another, Respondents, v. MAX KAVALER, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

LIBMAUR HOLDING CORPORATION, Respondent, v. T. A. GILLESPIE COMPANY, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

HARRY C. SMITH, Suing on His Own Behalf, etc., and HERBERT F. SMALL and Others, as Executors, etc., of IDA SMALL, Deceased, v. UNITED STATES LEATHER COMPANY and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THEODORE SKULSKY v. P. R. TULLY PLUMBING CO., INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

DAYTON HOLDING CORPORATION v. MORRIS E. GOSSETT.— Motion to dismiss appeal denied, with leave to renew unless appellant proceed without delay to serve and file the record on appeal. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint

of ANNA WOZNA v. FRANK MELLENCHECK.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.